CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on August 22, 2013**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12–31771–RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Camilo Giraldo
aka Camilo German Giraldo
21055 NE 37th Ave # 709
Aventura, Fl 33180

SSN: xxx–xx–3700

# FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.